# 776 Cases Reported with Brief Syllabi.

affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

A. Leopold Auerbach and Another, Copartners, etc., Respondents, v. Irving Bank-Columbia Trust Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Bird S. Coler, Commissioner of Public Welfare of the City of New York on the Complaint of Henny Humann, Respondent, v. Frank Scara, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Daniel V. Arthur, Respondent, v. Harry H. Frazee, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., dissenting.

John J. Flanagan, Respondent, v. Fred T. Ley & Co., Inc., and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $12,159.35; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Broad and Lackawanna Realty Company, Respondent, v. Edward N. Breitung and Another, Copartners, etc., Appellants, Impleaded with Another, Defendant. (Action No. 2.) — Judgment reversed and new trial ordered, with costs to appellants to abide the event, upon the authority of *Broad & Lackawanna Realty Co.* v. *Breitung* (239 N. Y. 154). Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Broad and Lackawanna Realty Company, Respondent, v. Edward N. Breitung and Another, Copartners, etc., Appellants, Impleaded with Another, Defendant. (Action No. 3.)— Judgment reversed and new trial ordered, with costs to appellants to abide the event, upon the authority of *Broad & Lackawanna Realty Co.* v. *Breitung* (239 N. Y. 154). Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Jacob Ruppert, Respondent, v. John Harnett, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

William Frederick Hoppe, Respondent, v. Alice Beatrice Hoppe, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell Finch, Martin and Burr, JJ.

Jacob R. Lieberman, Respondent, v. Peoples Commercial Bank, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Jane F. Walsh, Respondent, v. John Newton Marshall, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, upon the authority of *Smith* v. *Western Pac. R. Co.* (144 App. Div. 180); *Linker* v. *Jamison* (173 id. 349). Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of the United States Hat Company, Respondent, for an Order, etc., Directing that Louis M. Cohn and Another, Copartners, etc., Appellants, Proceed to Arbitration, etc.— Orders affirmed, with ten dollars